| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Dow, Jr., Robert M. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Illinois | 3. Date of Report<br><br>05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge -- Active Status | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>E.M. Dirksen U.S. Courthouse<br>219 South Dearborn Street, Room 1978<br>Chicago, IL 60604 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Arthur J. Schmitt Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Bailey & Glasser LLP -- income as partner at law firm |
| 2. | 2015 | State of Illinois -- income as Associate Judge for 12th Judicial Circuit of Illinois |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 6/19/2015 | San Francisco, CA | ABA conference on class actions | transportation, meals |
| 2. | Association for American Justice | 7/11/2015 - 7/12/2015 | Montreal, QC | AAJ annual meeting panel on Rule 23 proposed amendments | transportation, meals, lodging |
| 3. | Defense Research Institute | 7/23/2015 - 7/24/2015 | Washington, DC | DRI annual meeting panel on Rule 23 proposed amendments | transportation, meals, lodging |
| 4. | Duke University Law School | 10/7/2015- 10/8/2015 | Durham NC | Conference on MDL and aggregate litigation | transportation, meals, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | credit card | K |
| 2. | Target | credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northern Trust Bank accounts | A | Interest | J | T | | | | | |
| 2. Northern Trust Bank IRA (CD) | A | Interest | J | T | | | | | |
| 3. First Community Bank accounts (X) | A | Interest | J | T | | | | | |
| 4. Prudential Individual Retirement Annuity | | | | | | | | | |
| 5. -- AST Academic Strategies Asset Allocation | | None | L | T | Sold (part) | 8/20/15 | K | | |
| 6. | | | | | Sold (part) | 08/24/15 | K | | |
| 7. | | | | | Sold (part) | 12/11/15 | J | | |
| 8. | | | | | Sold (part) | 12/26/15 | J | | |
| 9. -- AST Prudential Growth Allocation Portfolio | | None | L | T | Sold (part) | 08/20/15 | K | | |
| 10. | | | | | Sold (part) | 08/24/15 | K | | |
| 11. | | | | | Sold (part) | 12/11/15 | K | | |
| 12. | | | | | Sold (part) | 12/26/15 | J | | |
| 13. -- AST Bond Portfolio 2023 (Y) | | | | | | | | | |
| 14. -- AST Bond Portfolio 2025 | | None | N | T | Buy | 08/20/15 | M | | |
| 15. | | | | | Buy (add'l) | 08/24/15 | M | | |
| 16. | | | | | Buy (add'l) | 12/11/15 | L | | |
| 17. | | | | | Sold (part) | 12/26/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- AST Capital Growth Asset Allocation Portfolio | | None | L | T | Sold (part) | 08/20/15 | K | | |
| 19. | | | | | Sold (part) | 08/24/15 | K | | |
| 20. | | | | | Sold (part) | 12/11/15 | K | | |
| 21. | | | | | Sold (part) | 12/11/15 | J | | |
| 22. -- AST Franklin Templeton Founding Funds Plus Portfolio | | None | | | Sold (part) | 08/20/15 | K | | |
| 23. | | | | | Sold (part) | 08/24/15 | J | | |
| 24. | | | | | Sold | 10/16/15 | L | | |
| 25. -- AST Schroders Global Tactical Portfolio | | None | M | T | Sold (part) | 08/20/15 | K | | |
| 26. | | | | | Sold (part) | 08/24/15 | K | | |
| 27. | | | | | Buy (add'l) | 10/16/15 | L | | |
| 28. | | | | | Sold (part) | 12/11/15 | K | | |
| 29. | | | | | Sold (part) | 12/26/15 | J | | |
| 30. -- AST RCM World Trends Portfolio | | None | K | T | Buy | 10/16/15 | L | | |
| 31. | | | | | Sold (part) | 12/11/15 | J | | |
| 32. | | | | | Sold (part) | 12/26/15 | J | | |
| 33. -- AST Schroders Multi-Asset World Strategies Portfolio | | None | | | Sold (part) | 08/20/15 | K | | |
| 34. | | | | | Sold (part) | 08/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/16/15 | L | | |
| 36. Harris Bank accounts | A | Interest | J | T | | | | | |
| 37. GCG Mutual Fund | | | | | | | | | |
| 38. -- American Funds Euro Pacific Growth | A | Dividend | J | T | | | | | |
| 39. -- American Funds Fundamental Investors | A | Dividend | J | T | | | | | |
| 40. -- American Funds Small Cap World Fund | A | Dividend | J | T | | | | | |
| 41. -- American Funds Bond Fund of America | A | Dividend | J | T | | | | | |
| 42. -- American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 43. GCG 529 Fund #1 | | | | | | | | | |
| 44. -- EuroPacific Growth Fund 529A | A | Dividend | J | T | | | | | |
| 45. -- American Funds New Economy Fund | A | Dividend | K | T | | | | | |
| 46. -- AMCAP Fund -- 529A | A | Dividend | J | T | | | | | |
| 47. -- American Balanced Fund -- 529A | A | Dividend | J | T | | | | | |
| 48. -- Capital Income Builder -- 529A | A | Dividend | J | T | | | | | |
| 49. GCG 529 Fund #2 | | | | | | | | | |
| 50. -- American Funds Capital World G/I 529A | A | Dividend | K | T | | | | | |
| 51. -- American Funds Growth Fund of America 529A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GCG 529 Fund #3 | | | | | | | | | |
| 53. -- New Perspective Fund 529A | A | Dividend | K | T | | | | | |
| 54. -- American Funds Fundamental Investors 529A | A | Dividend | K | T | | | | | |
| 55. GCG 529 Fund #4 | | | | | | | | | |
| 56. -- American Funds SmallCap World Fund 529A | A | Dividend | J | T | | | | | |
| 57. -- American Funds Capital Income Builder 529A | A | Dividend | J | T | | | | | |
| 58. TD Ameritrade (HSA Bank) | | None | J | T | | | | | |
| 59. Sauk Valley Community Bank Common Stock | A | Dividend | J | T | | | | | |
| 60. MSJI Inc. Common Stock (Y) | | | | | | | | | |
| 61. Buffalo International Fund #1449 | A | Dividend | K | T | Buy (add'l) | 01/06/15 | J | | |
| 62. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 63. Buffalo Balanced (Flexible Income) Fund | A | Dividend | K | T | Buy (add'l) | 01/23/15 | J | | |
| 64. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 65. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 66. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 67. | | | | | Buy (add'l) | 05/21/15 | J | | |
| 68. | | | | | Buy (add'l) | 06/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/22/15 | J | | |
| 70. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 71. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 72. | | | | | Sold (part) | 09/29/15 | J | | |
| 73. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 74. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 75. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 76. Buffalo Small Cap Fund | A | Dividend | J | T | Buy (add'l) | 12/21/15 | J | | |
| 77. | | | | | Sold (part) | 09/29/15 | J | | |
| 78. Buffalo Science & Tech (Discovery) Fund | A | Dividend | K | T | Buy (add'l) | 12/21/15 | J | | |
| 79. | | | | | Sold (part) | 09/29/15 | J | | |
| 80. Buffalo Large Cap Fund | A | Dividend | K | T | Buy (add'l) | 12/21/15 | J | | |
| 81. | | | | | Sold (part) | 09/29/15 | J | | |
| 82. Buffalo USA Growth Fund | A | Dividend | K | T | Buy (add'l) | 12/21/15 | J | | |
| 83. | | | | | Sold (part) | 09/29/15 | J | | |
| 84. Northern Inst. Tax -Exempt | | None | J | T | | | | | |
| 85. Bailey & Glasser 401k Profit Sharing Plan (spouse) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -- Goldman Sachs Growth Opp Cl I0 | A | Int./Div. | | | Distributed | 10/29/15 | K | | |
| 87.  -- Prud Jenn Natural Resources A | A | Int./Div. | | | Distributed | 10/29/15 | J | | |
| 88.  -- Oppenheimer Developing Markets A | A | Int./Div. | | | Distributed | 10/29/15 | K | | |
| 89.  -- American Funds Cap Wld Gr Inc R3 | A | Int./Div. | | | Distributed | 10/29/15 | K | | |
| 90.  -- Nuveen Small Cap Index A | A | Int./Div. | | | Distributed | 10/29/15 | K | | |
| 91.  Securian Rollover IRA Account | | | | | | | | | |
| 92.  -- Federated Prime Cash Oblig Svc | A | Interest | J | T | Buy | 11/11/15 | J | | |
| 93.  -- Invesco Convertible Sec Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 94.  -- Dodge & Cox Intl Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 95.  -- Goldman Sachs Mid-Cap Value Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 96.  -- Harbor Intl Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 97.  -- Homestead Value Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 98.  -- JP Morgan Small-Cap Growth Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 99.  -- Loomis Sayles Strat Income Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 100.  -- MFS Intl New Discovery Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 101.  -- Northern Small Cap Value Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 102.  -- Oppenheimer Developing Markets | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Primecap Odyssey Growth Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 104. -- Principal High Yield Fund Class P | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 105. -- Prudential Global Real Estate Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 106. -- T Rowe Price Blue Chip Growth | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 107. -- Templeton Global Bond Fund Advisor | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 108. -- Van Eck Global Hard Assets Fund | A | Int./Div. | J | T | Buy | 11/11/15 | J | | |
| 109. Sequella, Inc. | | None | M | T | | | | | |
| 110. IRX Therapeutics, Inc. | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dow, Jr., Robert M. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

5.24 Part VII:

1. Lines 4, 37, 43, 49, 52, 55, 85, and 90 are headers for various funds -- the individual holdings of each fund, values, and transactions are reported in the lines below each header.

2. For line 58, the HSA account with TD Ameritrade (HSA Bank) has a zero balance and will be closed during 2016.

3. For lines 5-35, the trades between the various Prudential accounts take place to keep a guaranteed minimum value in the account.

4. For lines 25 and 60, the (Y) indicates an asset that was closed in 2014 and thus no longer needs to be reported in 2015.

5. For lines 85-90, my spouse resigned as a partner in her law firm during 2015 to take a position as a state court judge. After her departure, her 401K account was distributed and then rolled over into a new IRA account.

6. For lines 91-108, this is my spouse's new rollover IRA account where she deposited the funds from the 401K plan at her former law firm.

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert M. Dow, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544